**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24562−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Galatis
   2831 W Bangs Avenue
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−2022

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/13/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 14, 2018
JAN: bwj

                                                            Jeanne Naughton
                                                            Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                Case No. 18-24562-KCF
Brian Galatis                                                         Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                  Date Rcvd: Dec 14, 2018
                               Form ID: 148                Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db             +Brian Galatis,    2831 W Bangs Avenue,    Neptune, NJ 07753-3630
517656257      +Allen Chern, LLC,    79 West Monroe Street,    5th Floor,    Chicago, IL 60603-4901
517656260       Chambers Emergency Associates,    601 Hamilton Avenue,     Trenton, NJ 08629-1915
517656264      +Jersey Shore Anesthesia Associates,    193 W. Sylvania Avenue,     Neptune, NJ 07753-6239
517656265      +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517656274      +Lisa M. Toccaceli,    31A Juniper Street,    Eatontown, NJ 07724-1854
517656267       Meridian Medical Group,    PO Box 416693,    Boston, MA 02241-6683
517664770      +Meridian Medical Group,    Faculty Practice,    c/o Simon's Agency Inc.,     PO Box 5026,
                 Syracuse, NY 13220-5026
517656269      +PNC Bank,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
517765114      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517748941       Pendrick Capital Partners, LLC,    PO BOX 141419,    IRVING, TX 75014-1419
517656270       Remex,    307 Wall Street,   Princeton, NJ 08540-1515
517656275       University Orthopaedic Associates,    PO Box 1075,    East Brunswick, NJ 08816-1075
517656276       University Radiology Group,    2100 Corlies Avenue,    Neptune, NJ 07753
517656277      +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2018 00:00:28      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2018 00:00:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517656258       EDI: AQUAFINANCE.COM Dec 15 2018 04:35:00      Aqua Finance, Inc.,    PO Box 844,
                 Wausau, WI 54402-0844
517656259       EDI: CAPITALONE.COM Dec 15 2018 04:34:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517725241       EDI: CAPITALONE.COM Dec 15 2018 04:34:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517656261      +EDI: CITICORP.COM Dec 15 2018 04:34:00      Citibank,    PO Box 6062,
                 Sioux Falls, SD 57117-6062
517656262       EDI: RCSFNBMARIN.COM Dec 15 2018 04:34:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
517656263      +EDI: NAVIENTFKASMDOE.COM Dec 15 2018 04:33:00      Department of Education,    Navient,
                 PO Box 9635,   Wilkes Barre, PA 18773-9635
517729345       EDI: RESURGENT.COM Dec 15 2018 04:34:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517656266      +E-mail/Text: jgoley@leadersfc.com Dec 15 2018 00:00:05      Leaders Financial,
                 21 Commerce Drive, Floor 1,    Cranford, NJ 07016-3519
517729311      +EDI: MID8.COM Dec 15 2018 04:34:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517656268      +EDI: MID8.COM Dec 15 2018 04:34:00      Midland Funding, LLC,    2365 Northside Drive,   Suite 30,
                 San Diego, CA 92108-2709
517777242       EDI: NAVIENTFKASMSERV.COM Dec 15 2018 04:33:00      Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517656271      +E-mail/Text: bankruptcy@savit.com Dec 15 2018 00:01:23      Sa-Vit Collection Agency,
                 PO Box 250,   East Brunswick, NJ 08816-0250
517656272       EDI: DRIV.COM Dec 15 2018 04:33:00      Santander,    Attn: Bankruptcy Department,
                 PO box 560284,   Dallas, TX 75356-0284
517656273      +E-mail/Text: clientservices@simonsagency.com Dec 15 2018 00:01:12      Simons Agency, Inc.,
                 4963 Wintersweet Drive,    Liverpool, NY 13088-2176
517757409      +EDI: AIS.COM Dec 15 2018 04:33:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 14, 2018
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Thomas J Orr    on behalf of Debtor Brian    Galatis tom@torrlaw.com,  xerna@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```